UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:  CHAPTER 13
 CASE NO. 22-43986
TIMIKI CAMPBELL  JUDGE: OXHOLM
_____/

# ORDER GRANTING DEBTOR(S) PROPOSED POST-CONFIRMATION PLAN MODIFICATION

Upon the reading and filing of the Debtor(s) Proposed Post-Confirmation Plan Modification and no objections having been filed to the said Notice, and a Certificate of No Response having been filed with this Court;

IT IS HEREBY ORDERED:

A) Debtor's Plan Modification is GRANTED.

B) The Debtor's obligation to remit her 2022, 2023 and 2024 federal income tax returns is hereby excused.

**Signed on October 22, 2025**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**